AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tou Thao (2) | ) | Case No. CR 21-108 PAM/TNL |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tou Thao,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment           ☐ Superseding Indictment           ☐ Information           ☐ Superseding Information           ☐ Complaint
☐ Probation Violation Petition           ☐ Supervised Release Violation Petition           ☐ Violation Notice           ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 2 - Deprivation of Rights Under Color of Law, 18:242; Count 3 - Deprivation of Rights Under Color of Law, 18:242.

Date: 05/06/2021

*Issuing officer's signature*

City and state:   Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____