```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

 -----------------------------------------------------------
                                  )
   United States of America,      )  File No. 21-CR-108
                                  )           (PAM/TNL)
         Plaintiff,               )
                                  )
   vs.                            )  St. Paul, Minnesota
                                  )  May 7, 2021
   (2) Tou Thao,                  )  8:06 a.m.
   (3) J. Alexander Kueng,        )
   (4) Thomas Kiernan Lane,       )
                                  )
         Defendants.              )
                                  )
 -----------------------------------------------------------




            BEFORE THE HONORABLE ELIZABETH COWAN WRIGHT
            UNITED STATES DISTRICT COURT MAGISTRATE JUDGE


                      (INITIAL APPEARANCES)
```

Proceedings reported by court reporter; transcript produced by computer.

LORI A. SIMPSON, RMR-CRR
(651) 848-1225

```
 1     APPEARANCES (Via Zoom):

 2      For the Plaintiff:         U.S. Attorney's Office
                                   W. ANDERS FOLK, ESQ.
 3                                 SAMANTHA TREPEL, ESQ.
                                   600 U.S. Courthouse
 4                                 300 South Fourth Street
                                   Minneapolis, Minnesota 55415
 5
        For Defendant Tou Thao:    Robert M. Paule, PA
 6                                 ROBERT M. PAULE, ESQ.
                                   NATALIE R. PAULE, ESQ.
 7                                 Suite 975
                                   920 Second Avenue South
 8                                 Minneapolis, Minnesota 55402

 9      For Defendant              Plunkett Law Office
        J. Alexander Kueng:        THOMAS C. PLUNKETT, ESQ.
10                                 Suite 1500
                                   101 East Fifth Street
11                                 St. Paul, Minnesota 55101

12      For Defendant Thomas       Earl Gray Defense
        Kiernan Lane:              EARL P. GRAY, ESQ.
13                                 Suite W-1610
                                   332 Minnesota Street
14                                 St. Paul, Minnesota 55101

15      Court Reporter:            LORI A. SIMPSON, RMR-CRR
                                   Suite 146
16                                 316 North Robert Street
                                   St. Paul, Minnesota 55101
17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                       IN OPEN COURT
 3                        (VIA ZOOM)
 4          (Defendants present)
 5             THE COURT:  Good morning.  This is the United
 6   States District Court for the District of Minnesota, and we
 7   are here today for initial appearances in Case No. 21-CR-108
 8   (PAM/TNL).  I am Magistrate Judge Wright.
 9             We are proceeding by video today in view of the
10   COVID-19 pandemic pursuant to the Coronavirus Aid, Relief,
11   and Economic Security Act, which permits the use of video
12   conferencing for initial appearances under Rule 5 and
13   pursuant to District of Minnesota General Order 27.
14             As a reminder to all lawyers, parties, media, and
15   members of the public who may be observing, pursuant to
16   Rule 53 of the Federal Rules of Criminal Procedure, the
17   taking of photographs or the broadcasting of these
18   proceedings is strictly prohibited.
19             Moreover, pursuant to amended General Order
20   No. 15, any photographing, recording, and rebroadcasting of
21   any part of this hearing is strictly prohibited and
22   violation of this prohibition may result in sanctions,
23   including removal of media credentials, restricted entry to
24   future proceedings, and any other sanctions deemed necessary
25   by the Court.
```

1     With that, I will begin by asking attorneys to
2 make their appearances, beginning with the attorneys for the
3 United States.
4     MR. FOLK: Good morning, Your Honor. Anders Folk
5 and Sam Trepel on behalf of the United States.
6     THE COURT: All right. Good morning, Mr. Folk and
7 Ms. Trepel.
8     MR. FOLK: Good morning.
9     THE COURT: I will now ask the attorney for
10 Mr. Thao to make his appearance.
11     MR. PAULE: Good morning, Your Honor. Robert
12 Paule and Natalie Paule on behalf of Mr. Thao, who is
13 present, Your Honor. Good morning.
14     THE COURT: Good morning.
15     And then the attorney for Mr. Kueng?
16     MR. PLUNKETT: Good morning, Your Honor. Thomas
17 Plunkett on behalf of Mr. Kueng, who is present with me.
18     THE COURT: Okay. Good morning to both of you.
19     And then, finally, the attorney for Mr. Lane?
20     MR. GRAY: Good morning, Your Honor. Earl Gray
21 representing Mr. Lane, who is present and seated in back of
22 me.
23     THE COURT: Okay. Thank you.
24     Now, we are holding the proceeding by video today.
25 So, first of all, I want to ask you all to let me know

1   immediately if any of you are having difficulty hearing or
2   seeing what's going on so that we can get any IT issues
3   sorted out.
4              I also need to confirm with each of the defendants
5   individually that they understand that they have a right to
6   an in-person initial appearance and confirm that he is
7   consenting -- or I should say whether he is consenting to
8   appear by video today instead of in person.
9              So I will just go around to each of you
10  individually and check in, and I'll begin with Mr. Thao.
11             Mr. Thao, do you understand that you have the
12  right to have an in-person initial appearance today?
13             DEFENDANT THAO:  Yes, ma'am.
14             THE COURT:  Okay.  And although we're here by
15  video today, do you understand that the choice is yours to
16  decide if you want to go forward by video today or if you
17  want to have an in-person hearing?
18             DEFENDANT THAO:  Yes, ma'am.
19             THE COURT:  And are you agreeing now to hold your
20  initial appearance by video today?
21             DEFENDANT THAO:  Yes, ma'am.
22             THE COURT:  Okay.  Thank you, Mr. Thao.
23             Let me now turn to Mr. Kueng, and I will have the
24  same questions for you.
25             First of all, Mr. Kueng, do you understand that

1  you have the right to an in-person initial appearance today?

2      DEFENDANT KUENG:  I do, Your Honor.

3      THE COURT:  Okay.  And although, as I said, we're

4  here by video, the choice is yours to decide whether you

5  want to go forward by video or in person today.  Do you

6  understand that?

7      DEFENDANT KUENG:  I do, Your Honor.

8      THE COURT:  And are you agreeing to go forward by

9  video today?

10      DEFENDANT KUENG:  Yes, Your Honor.

11      THE COURT:  Okay.  Thank you, Mr. Kueng.

12      And then, finally, Mr. Lane, same questions for

13  you.

14      First of all, do you understand that you have the

15  right to an in-person hearing today?

16      DEFENDANT LANE:  I do, Your Honor.

17      THE COURT:  And specifically do you understand

18  that you get to make the choice whether we go forward by

19  video or in person today?

20      DEFENDANT LANE:  Yes, I do, Your Honor.

21      THE COURT:  And are you agreeing to go forward by

22  video today?

23      DEFENDANT LANE:  I am, Your Honor.

24      THE COURT:  Okay.  Thank you, Mr. Lane.

25      Mr. Folk, is there any objection from the

1    government to proceeding by video today?
2            MR. FOLK:  No, Your Honor.  Thank you.
3            THE COURT:  Okay.  Thank you.
4            And let me check in, Mr. Paule, any objections or
5    concerns that you want to raise on behalf of your client
6    proceeding by video?
7            MR. PAULE:  No, Your Honor.  Thank you.
8            THE COURT:  Thank you.
9            Mr. Plunkett, any objections or concerns?
10           MR. PLUNKETT:  No, Your Honor.
11           THE COURT:  And, finally, Mr. Gray, any objections
12   or concerns?
13           MR. GRAY:  No, Your Honor.
14           THE COURT:  Okay.  Thank you all.  So with the
15   consent of all three defendants and in the absence of
16   objections, we will proceed by video today.
17           The purpose of the initial appearance is to, first
18   of all, advise the defendants of their rights under the laws
19   and Constitution of the United States.  Second, although I
20   understand each of the defendants is here with private
21   counsel today, I will confirm with them that they understand
22   their right to counsel and whether they want to proceed with
23   their private lawyers or if they want to obtain the services
24   of the Federal Defender.  I will also confirm with each of
25   the defendants that he understands why he is before the

1    Court today.  We will have a discussion about release or
2    detention pending further proceedings.  And then, finally,
3    to the extent there are additional follow-up items to take
4    care of following this proceeding, I will advise the parties
5    and the lawyers of those obligations.
6              So let me first advise the defendants of their
7    rights, and then I'm going to ask each of you individually
8    if you heard and understand them.  So please do listen
9    carefully because, of course, these are important.
10             You have the right to remain silent and not to
11   answer the questions of any law enforcement officer
12   whatsoever.  You can give up your right to remain silent and
13   answer questions if you wish to.  The choice is yours.  If
14   you do give up your right to remain silent and if you do
15   answer questions, anything you say can and will be used
16   against you in court.
17             You also have the right to be represented by an
18   attorney whenever you are being questioned; and if you
19   cannot afford an attorney, the Court will appoint one to
20   represent you free of charge.
21             Finally, you have these rights at all times and
22   you can assert them at any time.
23             Before I turn to the individual defendants, I'm
24   going to provide the government with the *Brady* Rule 5(f)
25   warning, an order that is required by Congress.  As required

1  by Rule 5(f) of the Rules of Criminal Procedure, the United
2  States is ordered to disclose to the defendants all
3  exculpatory evidence, that is, evidence that favors the
4  defendant or casts doubt upon the United States' case, as
5  required by *Brady vs. Maryland* and its progeny.  Not doing
6  so in a timely manner may result in consequences, including,
7  but not limited to, exclusion of evidence, adverse jury
8  instructions, dismissal of charges, contempt proceedings,
9  disciplinary action, or sanctions by the Court.
10            Mr. Folk, does the government understand its
11  obligations and my order?
12            MR. FOLK:  Yes, Your Honor.
13            THE COURT:  Thank you.  Mr. Folk, is there a
14  motion to unseal?
15            MR. FOLK:  Yes, Your Honor.  The government would
16  move to unseal CR-21-108 as well as 21-CR-109.
17            THE COURT:  Thank you, Mr. Folk.
18            Is there any objection, Mr. Paule, to the motion
19  to unseal?
20            MR. PAULE:  No, Your Honor.
21            THE COURT:  Okay.  Mr. Plunkett, any objection?
22            MR. PLUNKETT:  No, Your Honor.
23            THE COURT:  Thank you.  And, Mr. Gray, any
24  objection?
25            MR. GRAY:  No, Your Honor.

1    THE COURT:  All right.  Thank you all.  The
2    government's motion to unseal Case 21-CR-108 and
3    Case 21-CR-109 is granted and those cases will be unsealed.
4    Let me now proceed with each defendant
5    individually, beginning with Mr. Thao.
6    Mr. Thao, if you could please state your full name
7    for the record and spell your last name.
8    DEFENDANT THAO:  First name Tou.  Last name Thao,
9    T-h-a-o.
10   THE COURT:  Okay.  Thank you.  And how old are
11   you, sir?
12   DEFENDANT THAO:  35.
13   THE COURT:  Okay.  And I read and advised the
14   rights to all defendants a few minutes ago.  Were you able
15   to hear all of those clearly?
16   DEFENDANT THAO:  I did, Your Honor.
17   THE COURT:  Okay.  And do you understand them?
18   DEFENDANT THAO:  Yes, Your Honor.
19   THE COURT:  Do you understand that you can claim
20   them at any time?
21   DEFENDANT THAO:  Yes, Your Honor.
22   THE COURT:  Okay.  Now, you are here today,
23   Mr. Thao, because a grand jury has returned an Indictment
24   dated May 6, 2021.  I want to make sure that you understand
25   the charges that you face in that Indictment.  Have you

1    reviewed the Indictment?
2            DEFENDANT THAO:  Yes, Your Honor.
3            THE COURT:  Okay.  And do you understand the
4    charges that you face?
5            DEFENDANT THAO:  Yes, Your Honor.
6            THE COURT:  Okay.  Now let's talk about your legal
7    representation.  I see that you have Mr. Paule here with you
8    today.  And, as I said, you are entitled to an attorney in
9    this case; and if you can't afford one, the Court will
10   appoint one to represent you at no cast.
11           Do you wish to consider -- excuse me.  Do you wish
12   to continue with Mr. Paule's representation or do you want
13   the Court to consider appointing the Federal Defender to
14   represent you?
15           DEFENDANT THAO:  I will stay with Mr. Paule,
16   sir -- excuse me, ma'am.
17           THE COURT:  That's fine.  Okay.  Mr. Thao, I have
18   made a note of that.
19           All right.  Let's turn to the question of
20   detention.  Mr. Folk, is the government seeking detention of
21   Mr. Thao?
22           MR. FOLK:  It is not, Your Honor.  We are
23   comfortable with the conditions that are outlined in the
24   Pretrial Services report.
25           THE COURT:  Okay.  All right.  Thank you,

1    Mr. Folk.
2              So, Mr. Thao, the government is not seeking to
3    detain you pending trial.  And the United States Probation
4    and Pretrial Services Office has prepared some draft
5    conditions of release for you, which I have reviewed, and I
6    do find that those conditions will reasonably assure your
7    appearance at future proceedings as required and the safety
8    of the community.  So you will be released on those
9    conditions while your case is pending.  I'm going to just
10   briefly summarize those conditions.
11             First of all, you need to appear for all court
12   proceedings, of course.
13             If you are convicted, you must surrender to serve
14   a sentence that the Court may impose.
15             You will be required to execute a $25,000
16   unsecured bond.
17             You may not violate any federal, state, or local
18   law.
19             And then, finally, you must submit to and
20   cooperate with a Pretrial Services interview, which will be
21   completed on or before May 11, 2021.
22             Now, Mr. Thao, you will be getting these
23   conditions in writing after this proceeding, but I want to
24   check and see, do you have any questions about your
25   conditions right now?

1           DEFENDANT THAO:  I do not, Your Honor.

2           THE COURT:  Okay.  And, Mr. Thao, there could be
3   serious penalties and sanctions if you do not comply with
4   those conditions, including a revocation of your release and
5   bond, imprisonment, or a fine.  Do you understand that there
6   could be very serious consequences if you don't comply with
7   those conditions?

8           DEFENDANT THAO:  I do, Your Honor.

9           THE COURT:  Okay.  All right.  With that, I will
10  execute the appropriate paperwork after this hearing and it
11  will be provided to duty chambers, who will then provide it
12  to your lawyer for signature.  And, as I said, you will be
13  released on those conditions.

14          Further, Mr. Thao is ordered to comply with the
15  lawyers for the United States' directions with regard to his
16  booking and processing today.

17          All right.  Let me now turn to Mr. Kueng.
18  Mr. Kueng, if you could go ahead and state your full name
19  for the record, please, and spell your last name.

20          DEFENDANT KUENG:  Yes, Your Honor.  J. Alexander
21  Kueng, K-u-e-n-g.

22          THE COURT:  All right.  And, Mr. Kueng, you can
23  see we have a court reporter here, and I am going to ask you
24  just to speak up a little bit going forward so I can make
25  sure that she can hear you.  Okay?

1             DEFENDANT KUENG:  No problem, Your Honor.
2             THE COURT:  Perfect.  Thank you.
3             All right.  Can you please state your age.
4             DEFENDANT KUENG:  27.
5             THE COURT:  Okay.  Thank you, Mr. Kueng.  Now, did
6    you hear me advise you of all of those rights a few minutes
7    ago?
8             DEFENDANT KUENG:  I did, Your Honor.
9             THE COURT:  And do you understand them?
10            DEFENDANT KUENG:  I do, Your Honor.
11            THE COURT:  Do you understand that you can claim
12   them at any time?
13            DEFENDANT KUENG:  I understand, Your Honor.
14            THE COURT:  All right.  Thank you, Mr. Kueng.
15   Now, you are here because a grand jury has returned an
16   Indictment against you dated May 6th of 2021.  Do you
17   understand the charges that you face in that Indictment?
18            DEFENDANT KUENG:  I do, Your Honor.
19            THE COURT:  All right. And I see that you are
20   here today with Mr. Plunkett.  As I said, if you cannot
21   afford an attorney in this case, the Court would appoint one
22   to represent you because you are entitled to an attorney.
23            Do you wish to continue with Mr. Plunkett's
24   representation or would you like the Court to consider
25   appointing the Federal Defender to represent you?

1    DEFENDANT KUENG: I wish to continue with
2 Mr. Plunkett, Your Honor.
3    THE COURT: Okay. Thank you.
4    Let me just check in with Mr. Folk. Mr. Folk, is
5 the United States seeking detention of Mr. Kueng?
6    MR. FOLK: No. Thank you, Your Honor. We again
7 agree with the conditions in the Pretrial Services report.
8 Thank you.
9    THE COURT: Okay. Thank you, Mr. Folk.
10    Mr. Plunkett [sic], the conditions that Pretrial
11 Services has proposed are the same as those I just provided
12 for Mr. Thao. I do find that those conditions will
13 reasonably assure both your appearance at future proceedings
14 and the safety of the community if you are released on those
15 conditions.
16    Would you like me to go through those conditions
17 again for you, Mr. Kueng, or were you able to hear and
18 process them when I went through them the first time?
19    THE DEFENDANT: I was able to hear and process
20 them the first time, Your Honor. Thank you.
21    THE COURT: Okay. Thank you, Mr. Kueng. And you
22 will also be provided those conditions in writing after this
23 hearing.
24    I do want to again remind you that if you do not
25 comply with your conditions, there could be serious

1   penalties and sanctions, including revocation of your
2   release and bond, imprisonment, or a fine.  Do you
3   understand that, sir?
4               DEFENDANT KUENG:  I do, Your Honor.
5               THE COURT:  Okay.  So that paperwork I will
6   execute after this hearing, and it will be provided to your
7   lawyer for you to complete and execute as well.
8               In addition, Mr. Kueng is ordered to comply with
9   the lawyers for the United States' directions for his
10  booking and processing today.
11              All right.  And then, Mr. Lane, if you could
12  please state your full name for the record and spell your
13  last name.
14              DEFENDANT LANE:  Yes, Your Honor.  It's Thomas
15  Kiernan Lane, T-h-o-m-a-s, K-i-e-r-n-a-n, last name Lane,
16  L-a-n-e.
17              THE COURT:  Okay.  Thank you, Mr. Lane.  And how
18  old are you?
19              DEFENDANT LANE:  I am 38 years old.
20              THE COURT:  All right.  And were you able to hear
21  me when I was advising all of the defendants of their
22  rights?
23              DEFENDANT LANE:  Yes, Your Honor.
24              THE COURT:  Okay.  And do you understand your
25  rights, Mr. Lane?

1          DEFENDANT LANE:  I do.
2          THE COURT:  And do you understand that you can
3   claim them at any time?
4          DEFENDANT LANE:  Yes, Your Honor.
5          THE COURT:  Okay.  Now, you are here today because
6   a grand jury has returned an Indictment against you dated
7   May 6th of 2021.  Do you understand the charges that you
8   face in that Indictment?
9          DEFENDANT LANE:  I do, Your Honor.
10         THE COURT:  All right.  Thank you, Mr. Lane.  Then
11  let me turn to the topic of your legal representation.  As I
12  have advised you and the other defendants, Mr. Thao and
13  Mr. Kueng, you, of course, are entitled to an attorney to
14  represent you in this matter.  If you cannot afford one, the
15  Court will appoint one to represent you at no cost to you.
16         I see you are represented by Mr. Gray today.  Do
17  you want to continue with Mr. Gray's services or would you
18  like the Court to consider appointing the Federal Defender?
19         DEFENDANT LANE:  I will stay with Mr. Gray, Your
20  Honor.
21         THE COURT:  Okay.  Thank you.
22         All right.  Let me just check in with Mr. Folk
23  with regard to the issue of detention.  Is the government
24  seeking detention of Mr. Lane pending further proceedings?
25         MR. FOLK:  No, Your Honor.  Again we will agree to

|   |   |
|---|---|
| 1 | the conditions in the Pretrial Services report. |
| 2 | THE COURT:  Okay.  Thank you. |
| 3 | Mr. Lane, do you want me to go through the |
| 4 | conditions that were proposed?  They are the same as those |
| 5 | for Mr. Thao and Mr. Kueng.  I am happy to go through them, |
| 6 | but if you think you heard them the first time, I can -- |
| 7 | THE DEFENDANT:  I think I understand them.  Thank |
| 8 | you, Your Honor. |
| 9 | THE COURT:  Okay. All right.  Thank you, |
| 10 | Mr. Lane.  So I do find that the conditions that have been |
| 11 | proposed by Pretrial Services, including the execution of a |
| 12 | $25,000 unsecured bond and submission to the Pretrial |
| 13 | Services interview on or before May 11th, in addition to the |
| 14 | other conditions, will reasonably assure Mr. Lane's |
| 15 | appearance as required at future proceedings and the safety |
| 16 | of the community and I will order all three of the |
| 17 | defendants released on the same conditions. |
| 18 | Mr. Lane, I do want to check in and make sure that |
| 19 | you understand if you violate those conditions, there could |
| 20 | be very serious penalties and sanctions, including |
| 21 | revocation of the bond and release, imprisonment, or a fine. |
| 22 | Do you understand that, Mr. Lane? |
| 23 | DEFENDANT LANE:  Absolutely, Your Honor. |
| 24 | THE COURT:  Okay.  All right.  Thank you.  And |
| 25 | then Mr. Lane is also ordered to comply with the directions |

1    issued by the attorneys for the government for his booking
2    and processing today.
3             An order setting a schedule in this case will
4    issue in due course.  I believe that covers everything for
5    this initial appearance, but I will check in with each of
6    the lawyers.
7             Mr. Folk, is there anything further for the United
8    States?
9             MR. FOLK:  No.  Thank you, Your Honor.
10            THE COURT:  Okay.  Thank you, Mr. Folk.
11            Mr. Paule, is there anything further for Mr. Thao?
12            MR. PAULE:  No, Your Honor.  Thank you.
13            THE COURT:  Mr. Plunkett, is there anything
14   further for Mr. Kueng?
15            MR. PLUNKETT:  Nothing further, Your Honor.
16            THE COURT:  Okay.  And then, finally, Mr. Gray, is
17   there anything further for Mr. Lane?
18            MR. GRAY:  I just have a question.  This is
19   CR-108, and CR-109 was also mentioned.  We're only here on
20   CR-108, correct?
21            THE COURT:  That's correct, Mr. Gray.  Your client
22   is here on CR-108.
23            MR. GRAY:  Okay.  Is he indicted in 109 too or is
24   this the only --
25            THE COURT:  No.  Your client is indicted in CR-108

1   and is not indicted in CR-109.
2             MR. GRAY:  All right.  Thank you, Your Honor.
3   That's all.
4             THE COURT:  You're welcome.
5             All right.  Thank you all.  We are in recess.
6             MR. PLUNKETT:  Thank you, Your Honor.
7             MR. PAULE:  Thank you, Your Honor.
8        (Court adjourned at 8:24 a.m.)
9                       *     *     *
10
11
12        I, Lori A. Simpson, certify that the foregoing is a
13   correct transcript from the record of proceedings in the
14   above-entitled matter.
15
16             Certified by:  *s/ Lori A. Simpson*
17                            Lori A. Simpson, RMR-CRR
18
19
20
21
22
23
24
25