## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No. 21-CR-108(2) (PAM/TNL) |
| vs. | |
| TOU THAO, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney Robert M. Paule of the law firm Robert M. Paule, P.A. will appear as counsel on behalf of Defendant Tou Thao in the above-entitled action.

Dated this 12th day of May, 2021.

**ROBERT M. PAULE, P.A.**

s/ Robert M. Paule
Robert M. Paule (MN #203877)
920 2nd Avenue South, Suite 975
Minneapolis, MN 55402
Telephone: 612-332-1733
bobpaule@comcast.net

ATTORNEY FOR DEFENDANT
TOU THAO