AO 442 (Rev. 11/11) Arrest Warrant

F#11274275

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
MAY 13 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | | |
|---|---|---|
| United States of America<br>v.<br>Tou Thao (2)<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. CR 21-108 PAM/TNL |

**RECEIVED**
By U.S. Marshal, St. Paul, MN at 2:15 pm, May 06, 2021

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tou Thao,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 2 - Deprivation of Rights Under Color of Law, 18:242; Count 3 - Deprivation of Rights Under Color of Law, 18:242.

Date: 05/06/2021

*M. Fogarty*
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 5/7/2021
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
MAY 13 2021
U.S. DISTRICT COURT ST. PAUL