UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-CR-108 (2) (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>TOU THAO, )<br>)<br>Defendant. )<br>) | **MOTION FOR GOVERNMENT<br>AGENTS TO RETAIN ROUGH NOTES** |

The Defendant, Mr. Tou Thao, by and through his attorneys, Robert Paule and Natalie R. Paule, respectfully moves this Court, pursuant to 18 U.S.C. §3500 for an order requiring any law enforcement officer to preserve and retain for inspection by counsel for defendant all of the rough notes and video/audio tapes gathered as part of the investigation in the above-captioned case.

As grounds therefore, the defendant asserts the authority of *Brady v. Maryland*, 375 U.S. 83 (1963); *United States v. Gaston*, 608 F.2d 607 (5th Cir. 1979); *United States v. Bernard*, 607 F.2d 1257 (9th Cir. 1979); 18 U.S.C. §3500(e)(1); and Rule 16 of the Federal Rules of Criminal Procedure.

This Motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing which the Court may require thereafter.

1

                                                Respectfully submitted,

Dated: This 3rd day of August, 2021      /s/ Robert M. Paule
                                                Robert M. Paule (#203877)
                                                Robert M. Paule, P.A.
                                                920 Second Avenue South
                                                Suite 975
                                                Minneapolis, MN 55402
                                                T: (612) 332-1733
                                                F: (612) 332-9951


                                                Natalie R. Paule (#0401590)
                                                Paule Law P.L.L.C.
                                                101 East Fifth Street
                                                Suite 1500
                                                St. Paul, MN 55101
                                                T: (612) 440-3404
                                                nrp@paulelaw.com

                                                Attorneys for Tou Thao