# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Derek Michael Chauvin, Tou Thao, J. Alexander Kueng, and Thomas Kiernan Lane,

    Defendants.

**COURT MINUTES**
BEFORE:  Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 21-cr-108 (PAM/TNL) |
| Date: | September 14, 2021 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | Zoom/No Courtroom |
| Time Commenced: | 10:19 a.m. |
| Time Concluded: | 12:03 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 1 Hour & 44 Minutes |

Hearing Type: Oral Argument

APPEARANCES:

For Plaintiff:   Manda Sertich and Samantha Trepel, Assistant U.S. Attorneys
For Defendant Derek Michael Chauvin:   Eric J. Nelson, CJA
For Defendant Tou Thao: Robert M. Paule and Natalie R. Paule, Retained
For Defendant J. Alexander Kueng: Thomas C. Plunkett, Retained
For Defendant Thomas Kiernan Lane: Earl P. Gray, Retained

Defendants Thao, Kueng, and Lane's addtl briefs due:  **October 12, 2021**   Govt. addtl briefs due:  **October 26, 2021**

Non-Dispositive motions taken under advisement as of today:   **41, 42, 43, 51, 62, 63, 64, 65, 66, 67, 68, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 84, 85, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101**

Dispositive motions taken under advisement as of **10/26/2021**:  **69, 70, 78, 88**

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel    ☐ Text order to be entered by Clerk's Office

Reset Hearings:
Voir Dire/Jury Instruction Due Date: **To be determined**
Trial Date: **To be determined** Before: Hon. Paul A. Magnuson Crtrm: 7D, St. Paul

[continued on next page]

Additional Information:

Defendant Derek Michael Chauvin consented to videoconferencing (ECF No. 86), and appeared remotely.
Defendant Tou Thao consented to videoconferencing (ECF Nos. 47, 54), and appeared remotely.
Defendant J.Alexander Kueng consented to videoconferencing (ECF Nos. 49, 61), and appeared remotely.
Defendant Thomas Kiernan Lane consented to videoconferencing (ECF No. 45), and appeared remotely.

s/<i>LAS</i><br>Signature of Law Clerk