UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-CR-108 (2) (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>TOU THAO, )<br>)<br>Defendant. )<br>) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Natalie R. Paule of the law firm Paule Law P.L.L.C., will appear as counsel on behalf of Defendant Tou Thao in the above-entitled action.

Respectfully submitted,

Dated: This 9th day of November, 2021

/s/ Natalie R. Paule
Natalie R. Paule (#0401590)
Paule Law P.L.L.C.
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
T: (612) 440-3404
nrp@paulelaw.com

CO-COUNSEL FOR TOU THAO