UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derek Michael Chauvin, Tou Thao, J Alexander Kueng, and Thomas Kiernan Lane, | |
| Defendants. | |

_____

This matter is before the Court on the parties' joint Motion to set deadlines in advance of trial. The parties have agreed to deadlines for their expert witnesses as well as for filing motions in limine and exchanging and submitting trial materials.

Accordingly, **IT IS HEREBY ORDERED that** the joint Motion (Docket No. 136) is **GRANTED** and the following schedule shall govern the pretrial proceedings in this matter:

| | |
|---|---|
| December 20, 2021: | Each party shall make initial disclosure of any experts it intends to call at trial (names and CVs only) |
| December 30, 2021: | Each party shall file Motions in Limine |
| January 3, 2022: | Each party shall make complete expert disclosures (written summaries) |
| January 6, 2022: | Each party shall submit its Exhibit List, Witness List, and Special Verdict Form to the Court and file any Trial Brief, Proposed Jury Instructions, and proposed Voir Dire |
| January 10, 2022: | Each party shall file any responses to Motions in Limine |

| | |
|---|---|
| January 17, 2022: | Each party shall make disclosures of rebuttal experts (names, CVs and written summaries) |
| January 17, 2022: | Each party shall exchange exhibits with the other parties. |

Dated: <u>Friday, December 3, 2021</u>          <u>*s/ Paul A. Magnuson*</u>
                                                                       Paul A. Magnuson
                                                                       United States District Court Judge