# UNITED STATES DISTRICT COURT

State and       DISTRICT OF       Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DEREK MICHAEL CHAUVIN, ET AL. | **EXHIBIT LIST - THAO**<br><br>Case Number:  21-108(2)(PAM/TNL) |

| PRESIDING JUDGE<br><br>The Honorable Paul A. Magnuson | PLAINTIFF'S ATTORNEY<br><br>Samantha Trepel<br>LeeAnn K. Bell<br>Manda Sertich<br>Allen Slaughter | DEFENDANTS' ATTORNEYS<br><br>Robert Paule<br>Natalie R. Paule<br>Thomas C. Plunkett<br>Earl Gray<br>Amanda Montgomery |
|---|---|---|
| TRIAL DATE (S)<br>January 20, 2022 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Lynn Magee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | 1. 2018 Annual Performance Appraisal – Tou Thao |
| | 2 | | | | 2. 2018 Annual Performance Appraisal – Tou Thao |
| | 3 | | | | 3. 2019 Annual Performance Appraisal – Tou Thao |
| | 4 | | | | 4. Johnny Mercil Resume – undated |
| | 5 | | | | 5. Kurtis Schoonover Resume – undated |
| | 6 | | | | 6. Michael Soucy Resume – undated |
| | 7 | | | | 7. Daniel Dick Resume – undated |
| | 8 | | | | 8. Hien Dinh Resume – undated |
| | 9 | | | | 9. 2017 Defense Tactics In-Service (Agenda) |
| | 10 | | | | 10. 2019 Phase I Defensive Tactics – MPD DT INSTRUCTOR DEVELOPMENT AGENDA |
| | 11 | | | | 11. Photographs of Mercedes Search December 9, 2020 |
| | 12 | | | | 12. Photographs of Mercedes Search May 27, 2020 |
| | 13 | | | | 13. Photographs of Squad 320 Search May 27, 2020 |
| | 14 | | | | 14. Photographs of Squad 320 Search January 27, 2021 |
| | 15 | | | | 15. Unopened packet of Airheads Gum (Paradise Blends, Raspberry Lemonade) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.