UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Crim. No. 21-108 (PAM/TNL)

Plaintiff,

v.  **ORDER**

Tou Thao, J Alexander Kueng,
and Thomas Kiernan Lane,

Defendants.

_____

This matter is before the Court on the Government's Motion for Reconsideration and Clarification. The Government seeks clarification of the Court's ruling regarding medical experts, and reconsideration of the Court's ruling regarding one juvenile witness.

The Court continues to believe that the testimony of a young child is unnecessary in this matter. The Government's request that the Court reconsider this ruling is denied.

In the Order on the Motions in Limine, the Court did not preclude the Government from offering multiple medical experts, but rather only ordered the Government to ensure that its medical evidence was not cumulative. (Docket No. 195 at 4.) The Government has supplied the Court with information about the three medical experts it intends to call as witnesses, and the testimony of these experts is not cumulative. The Government may propound these witnesses, subject to other objections Defendants may raise.

2

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Clarify or Reconsider (Docket No. 199) is **GRANTED in part** and **DENIED in part**, as set forth above.

Dated: <u>Thursday, January 13, 2022</u>   <u>s/ Paul A. Magnuson</u>
                                          Paul A. Magnuson
                                          United States District Court Judge