# UNITED STATES DISTRICT COURT

STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>V.<br>DEREK MICHAEL CHAUVIN, ET AL. | | **AMENDED EXHIBIT LIST - THAO**<br><br>Case Number: 21-108(2)(PAM/TNL) |
|---|---|---|
| PRESIDING JUDGE<br><br>The Honorable Paul A. Magnuson | PLAINTIFF'S ATTORNEY<br><br>Samantha Trepel<br>LeeAnn K. Bell<br>Manda Sertich<br>Allen Slaughter | DEFENDANTS' ATTORNEYS<br><br>Robert Paule<br>Natalie R. Paule<br>Thomas C. Plunkett<br>Earl Gray<br>Amanda Montgomery |
| TRIAL DATE (S)<br>January 20, 2022 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Lynn Magee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | 1. 2017 Annual Performance Appraisal – Tou Thao |
| | 2 | | | | 2. 2018 Annual Performance Appraisal – Tou Thao |
| | 3 | | | | 3. 2019 Annual Performance Appraisal – Tou Thao |
| | 4 | | | | 4. Kurtis Schoonover Resume – undated |
| | 5 | | | | 5. Michael Soucy Resume – undated |
| | 6 | | | | 6. Daniel Dick Resume – undated |
| | 7 | | | | 7. Hien Dinh Resume – undated |
| | 8 | | | | 8. 2017 Defense Tactics In-Service (Agenda) |
| | 9 | | | | 9. 2019 Phase I Defensive Tactics – MPD DT INSTRUCTOR DEVELOPMENT AGENDA |
| | 10 | | | | 10. Photographs of Mercedes Searches |
| | 11 | | | | 11. Photographs of Squad 320 Searches |
| | 12 | | | | 12. Unopened packet of Airheads Gum (Paradise Blends, Raspberry Lemonade) |
| | 13 | | | | 13. Any rebuttal exhibits as necessary once Defense receives full exhibits from the Government |
| | 14 | | | | 14. |
| | 15 | | | | 15. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.