UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Tou Thao, J Alexander Kueng, and Thomas Kiernan Lane, | |
| Defendants. | |

_____

On Friday, January 21, 2022, the Court asked counsel to come to chambers in this matter, and no action was taken. It is in the interests of justice and of a fair trial that the transcript be sealed.

Accordingly, **IT IS HEREBY ORDERED that** the transcript of the in-chambers proceeding on January 21, 2022, be **SEALED** pending further Order of the Court.

Dated: Friday, January 21, 2022         *s/ Paul A. Magnuson*
                                        Paul A. Magnuson
                                        United States District Court Judge