# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# IN-PERSON JURY CRIMINAL TRIAL

| | | |
|---|---|---|
| **United States of America**, | | **COURT MINUTES** |
| Plaintiff, | BEFORE: | Paul A. Magnuson<br>United States District Judge |
| v. | Case No: | 21-CR-108(2) (3) (4) (PAM/TNL) |
| | Date: | Monday, February 7, 2022 |
| **Tou Thao (2)**, | Courthouse: | Saint Paul |
| **J Alexander Kueng, (3)**, | Courtroom: | 7D |
| **Thomas Kiernan Lane (4)**, | Deputy: | Lynn L. Magee |
| | Court Reporter: | Renee Rogge |
| Defendants. | Time Commenced: | 9:00 a.m. |
| | Time Concluded: | 4:30 p.m. |
| | Time in Court: | 6 Hours -0- Minutes |

**APPEARANCES:**
  Plaintiff:   LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
  Defendants:  Robert Paule, Natalie Paule – Thao (2)
               Thomas Plunkett – Kueng (3)
               Earl Gray – Lane (4)

**PROCEEDINGS:**
  Trial Discussions with Counsel (9:00 a.m. – 9:30 a.m.)
  Witness Testimony (Dr. David Systrom) (9:35 a.m. – 10:55 a.m.)
  Break (10:55 a.m. – 11:10 a.m.)
  Witness Testimony Continues (11:10 a.m. – 12:30 p.m.)
  Break (12:30 p.m. – 1:50 p.m.)
  Trial Discussions with Counsel (1:50 p.m. – 2:20 p.m.)
  Cross-Examination of Witness by Robert Paule (2:25 p.m. – 2:55 p.m.)
  Cross-Examination of Witness by Thomas Plunkett (2:55 p.m. – 3:20 p.m.)
  Cross-Examination of Witness by Earl Gray (3:20 p.m. – 3:30 p.m.)
  Break (3:30 p.m. – 3:45 p.m.)
  Re-Direct Examination of Witness by Manda Sertich (3:45 p.m. – 3:50 p.m.)
  Re-Cross Examination of Witness by Earl Gray (3:50 p.m. – 3:55 p.m.)
  Re-Direct Examination of Witness by Manda Sertich (3:55 p.m. – 3:57 p.m.)
  Re-Cross Examination of Witness by Earl Gray and Witness Excused (3:57 p.m. – 4:00 p.m.)
  Witness Testimony (Nicole MacKenzie, MPD Officer) (4:00 p.m. – 4:30 p.m.)

  Jury Trial will continue on Tuesday, February 8, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   Monday, February 7, 2022                                    *s/Lynn L. Magee*
                                                                    Courtroom Deputy to
                                                                    The Hon. Paul A. Magnuson