# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

**United States of America**,

        Plaintiff,

v.

**Tou Thao (2)**,
**J Alexander Kueng, (3)**,
**Thomas Kiernan Lane (4)**,

        Defendants.

**COURT MINUTES**

BEFORE:    Paul A. Magnuson
                     United States District Judge

Case No:    21-CR-108(2) (3) (4) (PAM/TNL)
Date:    Monday, February 14, 2022
Courthouse:    Saint Paul
Courtroom:    7D
Deputy:    Lynn L. Magee
Court Reporter:    Renee Rogge
Time Commenced:    9:30 a.m.
Time Concluded:    4:45 p.m.
Time in Court:    5 Hours 45 Minutes

**APPEARANCES:**
    Plaintiff:    LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
    Defendants:    Robert Paule, Natalie Paule – Thao (2)
                      Thomas Plunkett – Kueng (3)
                      Earl Gray – Lane (4)

**PROCEEDINGS:**
    Trial Discussions with Counsel (9:20 a.m. – 9:35 a.m.)
    Witness Testimony (Timothy Longo, Sr., UVA Chief of Police) (9:35 a.m. – 11:20 a.m.)
    Break (11:20 a.m. – 11:35 a.m.)
    Witness Testimony Continues by Samantha Trepel (11:35 a.m. – 11:45 a.m.)
    Cross-Examination of Witness by Thomas Plunkett (11:45 a.m. – 12:30 p.m.)
    Break (12:30 p.m. – 2:00 p.m.)
    Cross-Examination of Witness by Robert Paule (2:00 p.m. – 2:40 p.m.)
    Cross-Examination of Witness by Earl Gray (2:40 p.m. – 2:55 p.m.)
    Re-Direct Examination of Witness by Samantha Trepel and Witness Excused (2:55 p.m. – 3:15 p.m.)
    Break (3:15 p.m. – 3:30 p.m.)
    Witness Testimony (Darnella Frazier, Bystander) (3:30 p.m. – 4:10 p.m.)
    Cross-Examination of Witness by Earl Gray and Witness Excused (4:10 p.m. – 4:15 p.m.)
    Government Rests (4:15 p.m.)
    Trial Discussions with Counsel (4:15 p.m. – 4:45 p.m.)
    The Motion to Exclude Cumulative Testimony by Tou Thao [259] is **DENIED**.
    The Court **RESERVES** ruling on the Rule 29 motions of Defendants under Rule 29(b).
    Jury Trial will continue on Tuesday, February 15, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:    <u>Monday, February 14, 2022</u>

                                                                                         *s/Lynn L. Magee*
                                                                                         Courtroom Deputy to
                                                                                         The Hon. Paul A. Magnuson