# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1226

In re: Star Tribune Media Company LLC, et al.

Petitioners

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM)

---

## ORDER

In view of the responses of the parties to the petition for writ of mandamus, the court respectfully requests a response to the petition from the district court. The clerk is directed to furnish the district court with the petition and the responses of the parties.

February 15, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
   /s/ Michael E. Gans