# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson |
| | United States District Judge |
| v. | |
| | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| **Tou Thao (2)**, | Date: Tuesday, February 15, 2022 |
| **J Alexander Kueng, (3)**, | Courthouse: Saint Paul |
| **Thomas Kiernan Lane (4)**, | Courtroom: 7D |
| | Deputy: Lynn L. Magee |
| Defendants. | Court Reporter: Renee Rogge |
| | Time Commenced: 9:30 a.m. |
| | Time Concluded: 4:30 p.m. |
| | Time in Court: 5 Hours 30 Minutes |

**APPEARANCES:**
    Plaintiff: LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
    Defendants: Robert Paule, Natalie Paule – Thao (2)
                   Thomas Plunkett – Kueng (3)
                   Earl Gray – Lane (4)

**PROCEEDINGS:**
    Trial Discussions with Counsel (9:20 a.m. – 9:35 a.m.)
    Witness Testimony (Blake Hostetter, FBI Special Agent) (9:35 a.m. – 10:00 a.m.)
    Cross-Examination of Witness by Samantha Trepel (10:00 a.m. – 10:03 a.m.)
    Re-Direction Examination of Witness by Robert Paule and Witness Excused (10:03 a.m. – 10:05 a.m.)
    Witness Testimony (Tou Thao) (10:05 a.m. – 11:20 a.m.)
    Break (11:20 a.m. – 11:35 a.m.)
    Witness Testimony Continues (11:35 a.m. – 12:30 p.m.)
    Break (12:30 p.m. – 2:00 p.m.)
    Witness Testimony Continues (2:00 p.m. – 2:15 p.m.)
    Cross-Examination of Witness by LeeAnn Bell (2:15 p.m. – 3:15)
    Break (3:15 p.m. – 3:30 p.m.)
    Cross-Examination of Witness by LeeAnn Bell Continues (3:30 p.m. – 4:30 p.m.)

    Jury Trial will continue on Tuesday, February 15, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date: <u>Tuesday, February 15, 2022</u>                    *s/Lynn L. Magee*
                                                                                     Courtroom Deputy to
                                                                                     The Hon. Paul A. Magnuson