ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              Crim. No. 21-108(2) (PAM/TNL)

                          Plaintiff,

v.                                                     **VERDICT FORM**

Tou Thao,

                          Defendant.

---

**COUNT 2**
(Deprivation of Rights Under Color of Law – Failure to Intervene)

**INSTRUCTION**:  Write "not guilty" or "guilty" in the blank space below.

We, the jury, unanimously find the defendant, **Tou Thao**,

_____*Guilty*_____

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**:  If you find defendant Tou Thao guilty as to **Count 2**, then check "yes" or "no" below.  Otherwise, skip to Count 3.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of George Floyd:

_____X_____ Yes

_____ No

## COUNT 3
(Deprivation of Rights Under Color of Law – Deliberate Indifference)

**INSTRUCTION**:  Write "not guilty" or "guilty" in the blank space below.

We, the jury, unanimously find the defendant, **Tou Thao**,

_Guilty_

of the crime of deprivation of rights under color of law as charged in **Count 3** of the Indictment.

**INSTRUCTION**:  If you find defendant Tou Thao guilty as to **Count 3**, then check "yes" or "no" below.  Otherwise, skip the question and sign and date the verdict form.

We, the jury, unanimously find that the offense charged in **Count 3** resulted in the death of George Floyd:

_X_ Yes

_____ No

Dated:  _2-24-2022_                _____
                                    **Jury Foreperson**