UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-CR-108 (PAM/TNL)(2)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT THAO'S MOTION FOR A** |
| ) | **SENTENCING VARIANCE** |
| ) | |
| TOU THAO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Tou Thao, by and through counsel, respectfully moves this Court for a post-*Booker* variance to impose a sentence below the guideline range, should this Court disagree with the guideline range outlined in Mr. Thao's position on sentencing. (Docket 386). Mr. Thao incorporates and relies upon his arguments outlined in his Position with Respect to Sentencing as the basis for this motion. *Id.*

Respectfully submitted,

Dated: This 30th day of June, 2022    /s/ Robert M. Paule
Robert M. Paule (#203877)
Robert M. Paule, P.A.
920 Second Avenue South
Suite 975
Minneapolis, MN 55402
T: (612) 332-1733
F: (612) 332-9951


Natalie R. Paule (#0401590)
Paule Law P.L.L.C.
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
T: (612) 440-3404
nrp@paulelaw.com

Attorneys for Tou Thao