# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Before: The Hon. Paul A. Magnuson |
| v. | Case No: 21-CR-108(2) (PAM/TNL) |
| TOU THAO (2), | Date: Wednesday, July 27, 2022 |
| | Court Reporter: Lynne Krenz |
| Defendant. | Courthouse: Saint Paul |
| | Courtroom: 7D |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 12:05 p.m. |
| | Sealed Hearing Time: N/A |
| | Time in Court: One (1) Hour Five (5) Minutes |

**APPEARANCES**:
For Plaintiff:     LeeAnn Bell, Manda Sertich, Samantha Trepel, Blake Hostetter, USAO
For Defendant:  Robert Paule, Natalie Paule, RET

**PROCEEDINGS:**
√ Sentencing

**IT IS ORDERED**:
Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| Two (2) and Three (3) of Indictment | | X | 42 Months on both Counts, to be served concurrently | | Two (2) Years on both Counts, to be served concurrently | | |

√ **See J&C for Special Conditions**.

√ Defendant sentenced to pay:
  √ Special Assessment in the amount of $200.00.

√ Defendant shall surrender to the United States Marshal for this district at **11 a.m**., on **Tuesday, October 4, 2022**.

√ Sealed Matters: **The Court will make all sealing determinations once all co-defendants have been sentenced**.

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson

Dated:   Wednesday, July 27, 2022