# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO __TBA__

United States of America

Plaintiff

vs

**TOU THAO**

Defendant

0:21-cr-00108 (PAM/TNL)(2)
District Court Docket Number
The Honorable Paul A. Magnuson
District Court Judge

Notice is given that **Mr. Tou Thao** appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment & Commitment ☐ Order (Specify) entered in this action on **07/27/2022**

_[signature]_

Signature of Defendant's Counsel

920 Second Avenue South
Street Address/Room Number

Minneapolis   MN   55402
City           State    Zip

Robert M. Paule
Typed name of Defendant's Counsel

( (612) )332-1733
Telephone Number

08/10/2022
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please Prepare a transcript of:
- ☑ Pre-trial proceedings
- ☑ Testimony or
- ☐ Portions thereof
- ☑ Sentencing
- ☑ Post Trial Proceedings
- ☐ Other (Specify)

☐ I am not ordering a transcript because
- ☐ Previously filed
- ☐ Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment ____Funds, _X_____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

_[signature]_                                        8/16/22
Attorney's Signature                                 Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: 07/27/2022   [✓] Jury   [ ] Non-Jury
   Offenses: Deprivation of Rights Under Color of Law 18 USC 242(2) and Deprivation of Rights Under Color of Law 18 USC 242 (3)

   Trial Testimony - Number of days: 20   Bail Status: Out of Custody Pending Surrender to BOP

3. Sentence and Date Imposed: 42 months imprisonment on both counts concurrent, 2 years supervised release
   $200 Assessment

4. Appealing: Sentence [ ]   Conviction [✓]   Both [ ]
   Challenging:
   [ ] Application of Sentencing Guidelines
   [ ] Constitutionality of Guidelines
   [ ] Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: UNK
   Stenographer in Charge: Renee Rogge
   (Name, Address, Phone) 300 South Fourth Street, MPLS, MN 55415
   (612) 664-5107

6. Trial Counsel Was: [ ] Appointed (no fee required)   [✓] Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   [✓] Yes   [ ] No
   Affidavit of Financial Status filed: Yes

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   [ ] Yes   [✓] No

7. Assistant US Attorney Name and Phone Number: LeeAnn Bell
   612-664-5616

## Court Reporter Acknowledgment

Date Order Received    Estimated Completion Date    Est. Number of Pages

Court Reporter Signature    Date

Noticeofappeal (11/05)